Uhuru' Sekou OBATAIYE-ALLAH,
Plaintiff-Appellant,

and

Denis Rivera, Plaintiff,

v.

Harold CLARKE, Current Director of the VDOC; David Robinson, Chief of Operations of the VDOC; G. K. Washington, Current Western Regional Operations Chief/Administration of VDOC; Randall Mathena; E. R. Barksdale; Gregory Holloway, Wallens Ridge State Prison; External Review Team, VDOC Review Team; Dual Treatment Team; Unit Management Team, Multi-disciplinary Team; Malcolm E. Taylor; Hamilton, Defendants-Appellees.

No. 16-7413

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2017

Decided: May 4, 2017

Uhuru' Sekou Obataiye-Allah, Appellant Pro Se.

Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before GREGORY, Chief Judge, and WILKINSON and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Uhuru' Sekou Obataiye-Allah appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Obataiye-Allah v. Clarke*, No. 7:15-cv-00230-JPJ-RSB (W.D. Va. Sept. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*